UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

MATTHEW ANTHONY NICELY,

          Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

**(Conspiracy to Distribute and Possess With Intent to Distribute MDMA)**

Between Summer 2018 and on or about April 24, 2019, in Marquette County, in the Northern Division of the Western District of Michigan, and elsewhere, the defendant,

**MATTHEW ANTHONY NICELY,**

knowingly and intentionally combined, conspired, confederated, and agreed with others, known and unknown to the Grand Jury, to distribute and possess with intent to distribute 3, 4 - Methylenedioxymethamphetamine, also known as "MDMA," "Ecstasy," and "Molly," a Schedule I controlled substance.

**21 U.S.C. § 846**
**21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 841(b)(1)(C)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
PAUL D. LOCHNER
Assistant United States Attorney