UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                  Plaintiff,

v.

MATTHEW ANTHONY NICELY,

                  Defendant.

_____/

No.     2:19-cr-22

INDICTMENT
**PENALTY SHEET**

**COUNT** **–** Conspiracy to Distribute and Possess with Intent to Distribute MDMA – 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C)

**Maximum penalty:** Not more than 20 years' imprisonment and/or $1,000,000 fine [21 U.S.C. § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 U.S.C. § 841(b)(1)(C)] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

Date:  October 9, 2019

                /s/Paul D. Lochner
                Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046