UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 2:19–cr–22

v.                                 Hon. Janet T. Neff

MATTHEW ANTHONY NICELY,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Sentencing
Date/Time:             June 29, 2020   11:00 AM
Judge:                  Janet T. Neff
Place/Location:       401 Federal Building, Grand Rapids, MI


                                                  JANET T. NEFF
                                                  United States District Judge

Dated:  March 10, 2020        By:   /s/ Rick M. Wolters_____
                                              Case Manager